APPEAL No. 73-245. GREATER PROVIDENCE TRUST COMPANY *v.* NATIONWIDE MUTUAL FIRE INSURANCE COMPANY. Motion

of plaintiff-appellee to dismiss appeal is denied. Joslin, J., not participating. *Adler, Pollock & Sheehan, Incorporated, Stanley J. Kanter,* for plaintiff-appellee. *John G. Carroll, Edward E. Dillon, Jr.,* for defendant-appellant.

